**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1660**

_____

EBRIMA SANYANG,

Petitioner,

versus

U. S. IMMIGRATION & NATURALIZATION SERVICE;
JOHN ASHCROFT, U.S. Attorney General,

Respondents.

_____

On Petition for Review of an Order of the Board of Immigration
Appeals. (A75-367-787)

_____

Submitted: January 8, 2003          Decided: January 30, 2003

_____

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Joshua A. Moses, JOSHUA MOSES & ASSOCIATES, Silver Spring,
Maryland, for Petitioner. Robert D. McCallum, Jr., Assistant
Attorney General, Donald E. Keener, Deputy Director, Linda S.
Wernery, Senior Litigation Counsel, Office of Immigration
Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.,
for Respondents.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ebrima Sanyang, a native and citizen of the Gambia, petitions for review of an order of the Board of Immigration Appeals ("Board") summarily affirming the Immigration Judge's ("IJ") order denying his application for asylum and withholding of removal. The IJ concluded Sanyang failed to present sufficient evidence to show past persecution or a well-founded fear of persecution on account of a protected ground that would make him eligible for asylum relief. See 8 U.S.C. § 1158 (2000); 8 U.S.C. § 1101(a)(42)(A) (2000). The Board's decision to grant or deny asylum relief is conclusive "unless manifestly contrary to law" and an abuse of discretion. 8 U.S.C. § 1252(b)(4)(C) & (D) (2000). We find the Board correctly applied the law and did not abuse its discretion in rendering its decision here. Therefore, we affirm the reasoning of the Board. Sanyang v. United States Immigration & Naturalization Serv., BIA No. A75-367-787 (B.I.A. May. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED